(95 South. 498)
## Ex parte IRWIN.   (3 Div. 611.)

(Supreme Court of Alabama.   March 5, 1923.)

Certiorari to the Court of Appeals.

Certiorari to the Court of Appeals in the case of Irwin and others v. Morrow and others. 95 South. 496.

Hybart & Hare, of Monroeville, for petitioner.

Hamilton & Page, of Evergreen, opposed.

PER CURIAM.   Petition dismissed, on motion of petitioner.